## Bernard Gordon v. Joseph Bell et al.

## Habbe Sage v. Joseph Bell et al.

## Claas Hoveln v. Joseph Bell et al.

## William G. Flessner v. Joseph Bell et al.

## Henry Bartell, Jr., v. Joseph Bell et al.

## John Connor et al. v. Joseph Bell et al.

These cases are controlled by the decision in Benting v. Bell, 137 Ill. App. 600.

Bills in equity. Appeals from the Circuit Court of Champaign county; the Hon. SOLON PHILBRICK, Judge, presiding. Heard in this court at the May term, 1907. Affirmed. Opinion filed December 7, 1907.

JOHN J. REA and ALBERT E. BERGLAND, for appellants.

RAY & DOBBINS, for appellees.

PER CURIAM: The questions involved in these cases, as the same are presented for our determination by the briefs and arguments filed by counsel for appellants, are identical with those involved in the case of R. G. Benting, appellant, against the same parties, appellees, 137 Ill. App. 600. For the reasons stated in the opinion filed in the Benting case, the decrees of the Circuit Court in these respective cases, dismissing appellants' bills for want of equity, will be affirmed.

*Affirmed.*